JS-6

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                    CENTRAL DISTRICT OF CALIFORNIA

8
   EDEN BAHTA ABRAHA,              ) Case No. 2:25-cv-03800-PVC
9                                  )
10         Plaintiff,              )
              vs.                  ) **JUDGMENT**
11                                 )
12   FRANK BISIGNANO,              )
     Commissioner of Social Security, )
13                                 )
14         Defendant.              )
15   _____)

16
17          The Court hereby approves the parties' Stipulation to Voluntary Remand

18   Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

19   ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS

20   HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned

21   action is remanded to the Commissioner of Social Security for further proceedings

22   consistent with the Stipulation to Remand.

23
24   DATED:   8/11/25          _____
25                             HON. PEDRO V. CASTILLO
                               UNITED STATES MAGISTRATE JUDGE
26
27
28